**U.S. District Court**
**Northern District of Florida - District Version 2.1 (Pensacola)**
**CIVIL DOCKET FOR CASE #: 3:04-cv-00240-MCR-MD**

04cv12270 PBS

ECKENRODE v. PFIZER INC et al
Assigned to: District Judge M CASEY RODGERS
Referred to: MAGISTRATE JUDGE MILES DAVIS
Cause: 28:1442 Notice of Removal

Date Filed: 07/07/2004
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**CLIFFORD ECKENRODE**         represented by **DEWITT M LOVELACE**
LOVELACE LAW FIRM PA - DESTIN FL
36474 EMERALD COAST PKWY
STE 4202
DESTIN, FL 32541
850/837-6020
Fax: 837-4093
Email: dml@lovelacelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**PFIZER INC**            represented by **MICHAEL LANE ROSEN**
SHOOK HARDY & BACON LLP - TAMPA FL
100 N TAMPA ST STE 2900
P.O. BOX 0898
TAMPA, FL 33602-5810
813-202-7100
Fax: 813-221-8837
Email: mrosen@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES BURTON MURPHY, JR**
SHOOK HARDY & BACON LLP - TAMPA FL
100 N TAMPA ST STE 2900
P.O. BOX 0898
TAMPA, FL 33602-5810

|                          |                                    813-202-7121
Fax: 813-221-8837
Email: jbmurphy@shb.com
*ATTORNEY TO BE NOTICED* |
|--------------------------|--------------------------------------|
| **WARNER LAMBERT COMPANY** | represented by **MICHAEL LANE ROSEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES BURTON MURPHY, JR**
(See above for address)
*ATTORNEY TO BE NOTICED* |
| **PARKE DAVIS**          | represented by **MICHAEL LANE ROSEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES BURTON MURPHY, JR**
(See above for address)
*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2004 | 1 | NOTICE OF REMOVAL by PARKE DAVIS, PFIZER INC and WARNER LAMBERT COMPANY from Circuit Court of Okaloosa County, FL, Case Number: 04-CA-2360 - Filing Fee $150.00 - Receipt Number: 110800 - filed by PARKE DAVIS, PFIZER INC and WARNER LAMBERT COMPANY.(laj, Pensacola) (Entered: 07/07/2004) |
| 07/07/2004 | 2 | CIVIL COVER SHEET. (laj, Pensacola) (Entered: 07/07/2004) |
| 07/07/2004 | 3 | NOTICE of Pendency of Other Similar Action by PARKE DAVIS, PFIZER INC and WARNER LAMBERT COMPANY. (laj, Pensacola) (Entered: 07/07/2004) |
| 07/07/2004 |   | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed - Re: 1 Notice of Removal filed by PFIZER INC, WARNER LAMBERT COMPANY and PARKE DAVIS. (laj, Pensacola) (Entered: 07/07/2004) |
| 07/08/2004 | 4 | SCHEDULING ORDER: Rule 26 Meeting Report due by 8/21/2004. Discovery due by 11/4/2004. Signed by Judge M CASEY RODGERS on 7/8/2004. (tnc, Pensacola) (Entered: 07/08/2004) |
| 07/09/2004 | 5 | Corporate Disclosure Statement by PARKE DAVIS, PFIZER INC, |

|  |  |  |
|---|---|---|
|  |  | WARNER LAMBERT COMPANY. (Attachments: # 1 Exhibit List of Subsidiaries)(ROSEN, MICHAEL) (Entered: 07/09/2004) |
| 07/14/2004 | 6 | Consent MOTION for Extension of Time to File Response/Reply *To Amended Complaint* by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY. (ROSEN, MICHAEL) (Entered: 07/14/2004) |
| 07/15/2004 |  | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed - Re: 6 Consent MOTION for Extension of Time to File Response/Reply *To Amended Complaint* filed by PFIZER INC, WARNER LAMBERT COMPANY and PARKE DAVIS. (laj, Pensacola) (Entered: 07/15/2004) |
| 07/15/2004 | 7 | ORDER - GRANTING, as requested, 6 Consent MOTION for Enlargement of Time to File Response/Reply *to Amended Complaint* filed by PFIZER INC, WARNER LAMBERT COMPANY and PARKE DAVIS - Answer/Response to Amended Complaint due by 8/13/2004. Signed by Judge M CASEY RODGERS on 7/15/2004. (laj, Pensacola) (Entered: 07/15/2004) |
| 07/19/2004 | 8 | NOTICE by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY *of Filing of Papers On File In State Court* (Attachments: # 1 Papers On File In State Court)(ROSEN, MICHAEL) (Entered: 07/19/2004) |
| 07/22/2004 | 9 | MOTION to Remand by CLIFFORD ECKENRODE. (Response due by 8/9/2004) (LOVELACE, DEWITT) (Entered: 07/22/2004) |
| 07/22/2004 | 10 | MOTION to Remand *Plaintiff's Memorandum In Support of Motion To Remand* by CLIFFORD ECKENRODE. (Response due by 8/9/2004) (LOVELACE, DEWITT) (Entered: 07/22/2004) |
| 07/26/2004 | 11 | Joint MOTION to Stay *Proceedings Pending Transfer To MDL Court Or Remand To State Court* by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY. (ROSEN, MICHAEL) (Entered: 07/26/2004) |
| 07/28/2004 |  | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed - Re: 11 Joint MOTION to Stay *Proceedings Pending Transfer To MDL Court Or Remand To State Court* filed by PFIZER INC, WARNER LAMBERT COMPANY and PARKE DAVIS. (laj, Pensacola) (Entered: 07/28/2004) |
| 08/03/2004 | 12 | ORDER - Granting 11 Joint Motion to Stay proceedings pending |

| | | |
|---|---|---|
| | | transfer to MDL court, or alternatively, pending remand to state court. Signed by Judge M CASEY RODGERS. (cbj, Pensacola) (Entered: 08/03/2004) |
| 08/05/2004 | 13 | Consent MOTION for Extension of Time to File Response/Reply *To Plaintiff's Motion To Remand* by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY. (ROSEN, MICHAEL) (Entered: 08/05/2004) |
| 08/06/2004 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Rodgers notified that action is needed Re: 13 Consent MOTION for Extension of Time to File Response *To Plaintiff's Motion To Remand* filed by PFIZER INC, WARNER LAMBERT COMPANY, PARKE DAVIS (tnc, Pensacola) (Entered: 08/06/2004) |
| 08/06/2004 | 14 | ORDER - Granting 13 Motion for Extension of Time to File Response/Reply re 10 MOTION to Remand *Plaintiff's Memorandum In Support of Motion To Remand*. (Response due by 8/23/2004). Signed by Judge M CASEY RODGERS. (cbj, Pensacola) (Entered: 08/06/2004) |
| 08/12/2004 | 15 | MOTION to Stay *Consideration of Motion to Remand Pending Transfer* by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY. (Attachments: # 1 # 2 Exhibit C1# 3 Exhibit C2# 4 Exhibit C3# 5 Exhibit C4)(MURPHY, JAMES) (Entered: 08/12/2004) |
| 08/17/2004 | 16 | Request for Oral Argument on Defendants' Motion to Stay Consideration of Motion to Remand Pending Transfer to Multidistrict Proceeding by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY. (MURPHY, JAMES) (Entered: 08/17/2004) |
| 08/23/2004 | 17 | RESPONSE in Opposition - Re: 9 Motion to Remand and 10 Plaintiff's Memorandum In Support of Motion To Remand filed by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY. (MURPHY, JAMES) (Entered: 08/23/2004) |
| 08/24/2004 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed - Re: 9 MOTION to Remand and 10 Memorandum In Support of Motion To Remand filed by CLIFFORD ECKENRODE and 17 Response in Opposition to Motion filed by PFIZER INC, WARNER LAMBERT COMPANY and PARKE DAVIS. (laj, Pensacola) (Entered: 08/24/2004) |
| 08/26/2004 | 18 | RESPONSE in Opposition re 15 MOTION to Stay *Consideration of Motion to Remand Pending Transfer* filed by CLIFFORD ECKENRODE. (LOVELACE, DEWITT) (Entered: 08/26/2004) |

| 08/26/2004 | 19 | MOTION for Leave to File *Plaintiff's Reply To Defendants' Memorandum In Opposition To Plaintiff's Motion To Remand* by CLIFFORD ECKENRODE. (Attachments: # 1)(LOVELACE, DEWITT) (Entered: 08/26/2004) |
| --- | --- | --- |
| 08/27/2004 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed - Re: 15 MOTION to Stay *Consideration of Motion to Remand Pending Transfer* filed by defendants, 18 Response in Opposition to Motion filed by CLIFFORD ECKENRODE and 19 MOTION for Leave to File *Plaintiff's Reply To Defendants' Memorandum In Opposition To Plaintiff's Motion To Remand* filed by CLIFFORD ECKENRODE. (laj, Pensacola) (Entered: 08/27/2004) |
| 09/08/2004 | 20 | NOTICE by CLIFFORD ECKENRODE re 18 Response in Opposition to Motion filed by CLIFFORD ECKENRODE *Plaintiff's Notice of Supplemental Authority* (LOVELACE, DEWITT) (Entered: 09/08/2004) |
| 09/09/2004 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed - Re: 20 Notice of Supplemental Authority filed by CLIFFORD ECKENRODE. (laj, Pensacola) (Entered: 09/09/2004) |
| 09/10/2004 | 21 | NOTICE by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY re 20 Notice (Other) filed by CLIFFORD ECKENRODE *Response to Plaintiff's Notice of Supplemental Authority* (MURPHY, JAMES) (Entered: 09/10/2004) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 10/27/2004 13:01:36 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:04-cv-00240-MCR-MD |
| **Billable Pages:** | 3 | **Cost:** | 0.21 |