UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLIFFORD ECKENRODE

VS
            CASE NO. 3:04cv240/MCR/MD
            MDL CASE NO. 1692

PFIZER, INC., et al

## NOTICE OF TRANSFER OUT OF DISTRICT

**To:** Clerk, United States District Court
   District of Massachusetts
   1 Courthouse Way
   Boston, MA 02210

  Pursuant to the Order of the MDL Panel transferring the above-styled civil action to your court and notification by your court, please find attached a **certified copy of the docket sheet, instructions for retrieving the electronic file**, in said civil action. Also, as requested, I have enclosed a **copy of the transfer order, and copy of your letter** requesting the file.

  Please acknowledge receipt of these items and docket sheet on the enclosed copy of this notice of transmittal.

                WILLIAM M. McCOOL, CLERK OF COURT

November 10, 2004       /s/ *C. Justice*
DATE:            Deputy Clerk

Acknowledgment:        _Christine Patel_
Date received in your district: _11/15/04_
Your Case No.:        _04cv12270-PBS_

Document No.