STAY

# U.S. District Court
# Northern District of Florida - District Version 2.1 (Pensacola)
# CIVIL DOCKET FOR CASE #: 3:04-cv-00240-MCR-MD
# Internal Use Only

ECKENRODE v. PFIZER INC et al
Assigned to: District Judge M CASEY RODGERS
Referred to: MAGISTRATE JUDGE MILES DAVIS
Cause: 28:1442 Notice of Removal

Date Filed: 07/07/2004
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**CLIFFORD ECKENRODE**    represented by    **DEWITT M LOVELACE**
LOVELACE LAW FIRM PA - DESTIN FL
36474 EMERALD COAST PKWY
STE 4202
DESTIN, FL 32541
850/837-6020
Fax: 837-4093
Email: dml@lovelacelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**PFIZER INC**    represented by    **MICHAEL LANE ROSEN**
SHOOK HARDY & BACON LLP - TAMPA FL
100 N TAMPA ST STE 2900

P.O. BOX 0898
TAMPA, FL 33602-5810
813-202-7100
Fax: 813-221-8837
Email: mrosen@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES BURTON MURPHY, JR**
SHOOK HARDY & BACON LLP - TAMPA FL
100 N TAMPA ST STE 2900
P.O. BOX 0898
TAMPA, FL 33602-5810
813-202-7121
Fax: 813-221-8837
Email: jbmurphy@shb.com
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **WARNER LAMBERT COMPANY** | represented by | **MICHAEL LANE ROSEN** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **JAMES BURTON MURPHY, JR** (See above for address) *ATTORNEY TO BE NOTICED* |
| **PARKE DAVIS** | represented by | **MICHAEL LANE ROSEN** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **JAMES BURTON MURPHY, JR** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2004 | 1 | NOTICE OF REMOVAL by PARKE DAVIS, PFIZER INC and WARNER LAMBERT COMPANY from Circuit Court of Okaloosa County, FL, Case Number: 04-CA-2360 - Filing Fee $150.00 - Receipt Number: 110800 - filed by PARKE DAVIS, PFIZER INC and WARNER LAMBERT COMPANY.(laj, Pensacola) (Entered: 07/07/2004) |
| 07/07/2004 | 2 | CIVIL COVER SHEET. (laj, Pensacola) (Entered: 07/07/2004) |
| 07/07/2004 | 3 | NOTICE of Pendency of Other Similar Action by PARKE DAVIS, PFIZER INC and WARNER LAMBERT COMPANY. (laj, Pensacola) (Entered: 07/07/2004) |
| 07/07/2004 |  | Set Deadline - 120 Day No Activity Deadline set for 11/4/2004. (laj, Pensacola) (Entered: 07/07/2004) |
| 07/07/2004 |  | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed - Re: 1 Notice of Removal filed by PFIZER INC, WARNER LAMBERT COMPANY and PARKE DAVIS. (laj, Pensacola) (Entered: 07/07/2004) |
| 07/08/2004 | 4 | SCHEDULING ORDER: Rule 26 Meeting Report due by 8/21/2004. Discovery due by 11/4/2004. Signed by Judge M CASEY RODGERS on 7/8/2004. (tnc, Pensacola) (Entered: 07/08/2004) |
| 07/09/2004 | 5 | Corporate Disclosure Statement by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY. (Attachments: # 1 Exhibit List of Subsidiaries)(ROSEN, MICHAEL) (Entered: 07/09/2004) |
| 07/14/2004 | 6 | Consent MOTION for Extension of Time to File Response/Reply *To Amended Complaint* by PARKE |

| | | |
|---|---|---|
| | | DAVIS, PFIZER INC, WARNER LAMBERT COMPANY. (ROSEN, MICHAEL) (Entered: 07/14/2004) |
| 07/15/2004 | ● | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed - Re: 6 Consent MOTION for Extension of Time to File Response/Reply *To Amended Complaint* filed by PFIZER INC, WARNER LAMBERT COMPANY and PARKE DAVIS. (laj, Pensacola) (Entered: 07/15/2004) |
| 07/15/2004 | ●7 | ORDER - GRANTING, as requested, 6 Consent MOTION for Enlargement of Time to File Response/Reply *to Amended Complaint* filed by PFIZER INC, WARNER LAMBERT COMPANY and PARKE DAVIS - Answer/Response to Amended Complaint due by 8/13/2004. Signed by Judge M CASEY RODGERS on 7/15/2004. (laj, Pensacola) (Entered: 07/15/2004) |
| 07/19/2004 | ●8 | NOTICE by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY *of Filing of Papers On File In State Court* (Attachments: # 1 Papers On File In State Court)(ROSEN, MICHAEL) (Entered: 07/19/2004) |
| 07/22/2004 | ●9 | MOTION to Remand by CLIFFORD ECKENRODE. (Response due by 8/9/2004) (LOVELACE, DEWITT) (Entered: 07/22/2004) |
| 07/22/2004 | ●10 | MOTION to Remand *Plaintiff's Memorandum In Support of Motion To Remand* by CLIFFORD ECKENRODE. (Response due by 8/9/2004) (LOVELACE, DEWITT) (Entered: 07/22/2004) |
| 07/23/2004 | | ***Motion terminated: 9 MOTION to Remand filed by CLIFFORD ECKENRODE (pursuant to 10 refiling). (laj, Pensacola) (Entered: 07/23/2004) |
| 07/23/2004 | | ***Motion terminated: 6 Consent MOTION for |

| | | |
|---|---|---|
| | | Extension of Time to File Response/Reply *To Amended Complaint* filed by PFIZER INC, WARNER LAMBERT COMPANY and PARKE DAVIS (pursuant to 7 Order). (laj, Pensacola) (Entered: 07/23/2004) |
| 07/26/2004 | 11 | Joint MOTION to Stay *Proceedings Pending Transfer To MDL Court Or Remand To State Court* by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY. (ROSEN, MICHAEL) (Entered: 07/26/2004) |
| 07/28/2004 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed - Re: 11 Joint MOTION to Stay *Proceedings Pending Transfer To MDL Court Or Remand To State Court* filed by PFIZER INC, WARNER LAMBERT COMPANY and PARKE DAVIS. (laj, Pensacola) (Entered: 07/28/2004) |
| 07/29/2004 | | ***Staff note: Spoke to Debbie in attorney Rosen's office - Re: ISO (Doc. #4) that was returned by the USPS because the forwarding order had expired. Document was resent to the correct address - per her request. (laj, Pensacola) (Entered: 07/29/2004) |
| 08/03/2004 | 12 | ORDER - Granting 11 Joint Motion to Stay proceedings pending transfer to MDL court, or alternatively, pending remand to state court. Signed by Judge M CASEY RODGERS. (cbj, Pensacola) (Entered: 08/03/2004) |
| 08/05/2004 | 13 | Consent MOTION for Extension of Time to File Response/Reply *To Plaintiff's Motion To Remand* by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY. (ROSEN, MICHAEL) (Entered: 08/05/2004) |
| 08/06/2004 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Rodgers notified that action is needed Re: 13 |

| | | |
|---|---|---|
| | | Consent MOTION for Extension of Time to File Response *To Plaintiff's Motion To Remand* filed by PFIZER INC, WARNER LAMBERT COMPANY, PARKE DAVIS (tnc, Pensacola) (Entered: 08/06/2004) |
| 08/06/2004 | 14 | ORDER - Granting 13 Motion for Extension of Time to File Response/Reply re 10 MOTION to Remand *Plaintiff's Memorandum In Support of Motion To Remand*. (Response due by 8/23/2004). Signed by Judge M CASEY RODGERS. (cbj, Pensacola) (Entered: 08/06/2004) |
| 08/12/2004 | 15 | MOTION to Stay *Consideration of Motion to Remand Pending Transfer* by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY. (Attachments: # 1 # 2 Exhibit C1# 3 Exhibit C2# 4 Exhibit C3# 5 Exhibit C4)(MURPHY, JAMES) (Entered: 08/12/2004) |
| 08/17/2004 | 16 | Request for Oral Argument on Defendants' Motion to Stay Consideration of Motion to Remand Pending Transfer to Multidistrict Proceeding by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY. (MURPHY, JAMES) (Entered: 08/17/2004) |
| 08/23/2004 | 17 | RESPONSE in Opposition - Re: 9 Motion to Remand and 10 Plaintiff's Memorandum In Support of Motion To Remand filed by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY. (MURPHY, JAMES) (Entered: 08/23/2004) |
| 08/24/2004 | | ***Reopen Document 9 MOTION to Remand. (laj, Pensacola) (Entered: 08/24/2004) |
| 08/24/2004 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed - Re: 9 MOTION to Remand and 10 Memorandum In Support of Motion To Remand filed by CLIFFORD ECKENRODE and 17 Response in Opposition to |

| | | |
|---|---|---|
| | | Motion filed by PFIZER INC, WARNER LAMBERT COMPANY and PARKE DAVIS. (laj, Pensacola) (Entered: 08/24/2004) |
| 08/26/2004 | 18 | RESPONSE in Opposition re 15 MOTION to Stay *Consideration of Motion to Remand Pending Transfer* filed by CLIFFORD ECKENRODE. (LOVELACE, DEWITT) (Entered: 08/26/2004) |
| 08/26/2004 | 19 | MOTION for Leave to File *Plaintiff's Reply To Defendants' Memorandum In Opposition To Plaintiff's Motion To Remand* by CLIFFORD ECKENRODE. (Attachments: # 1)(LOVELACE, DEWITT) (Entered: 08/26/2004) |
| 08/27/2004 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed - Re: 15 MOTION to Stay *Consideration of Motion to Remand Pending Transfer* filed by defendants, 18 Response in Opposition to Motion filed by CLIFFORD ECKENRODE and 19 MOTION for Leave to File *Plaintiff's Reply To Defendants' Memorandum In Opposition To Plaintiff's Motion To Remand* filed by CLIFFORD ECKENRODE. (laj, Pensacola) (Entered: 08/27/2004) |
| 08/31/2004 | | Terminate Deadline: Re: 4 INITIAL SCHEDULING ORDER. (laj, Pensacola) (Entered: 08/31/2004) |
| 09/08/2004 | 20 | NOTICE by CLIFFORD ECKENRODE re 18 Response in Opposition to Motion filed by CLIFFORD ECKENRODE *Plaintiff's Notice of Supplemental Authority* (LOVELACE, DEWITT) (Entered: 09/08/2004) |
| 09/09/2004 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed - Re: 20 Notice of Supplemental Authority filed by CLIFFORD ECKENRODE. (laj, Pensacola) (Entered: |

| | | |
|---|---|---|
| | | 09/09/2004) |
| 09/10/2004 | 21 | NOTICE by PARKE DAVIS, PFIZER INC, WARNER LAMBERT COMPANY re 20 Notice (Other) filed by CLIFFORD ECKENRODE *Response to Plaintiff's Notice of Supplemental Authority* (MURPHY, JAMES) (Entered: 09/10/2004) |
| 10/19/2004 | | ***Motion terminated: 10 MOTION to Remand *Plaintiff's Memorandum In Support of Motion To Remand* filed by CLIFFORD ECKENRODE. (laj, Pensacola) (Entered: 10/19/2004) |
| 11/01/2004 | 22 | NOTICE - TRANSFER ORDER (certified copy) - by MDL w/Wm Terrell Hodges, Chairman for the panel - Transferring case to District of Massachusetts re: MDL 1692 (cbj, Pensacola) (Entered: 11/10/2004) |
| 11/01/2004 | 23 | Letter from Clerk, District of Massachusetts re: MDL 1692, Transfer Order 22 - Requesting original file, certified copy of docket sheet, and a copy of the transfer order and this letter. (cbj, Pensacola) (Entered: 11/10/2004) |
| 11/10/2004 | 24 | NOTICE (Of Transfer Out Of District) to Clerk, District of MA* - re 22 Notice (Transfer Order), 23 Letter from Clerk, MA - re: MDL 1692 - *w/certified copy of docket sheet, instructions for retrieving electronic file, etc. (cbj, Pensacola) (Entered: 11/10/2004) |
| 11/10/2004 | | ***Motions terminated: 15 MOTION to Stay *Consideration of Motion to Remand Pending Transfer* filed by PFIZER INC, WARNER LAMBERT COMPANY, PARKE DAVIS, 19 MOTION for Leave to File *Plaintiff's Reply To Defendants' Memorandum In Opposition To Plaintiff's Motion To Remand* filed by CLIFFORD ECKENRODE, 9 MOTION to Remand filed by CLIFFORD ECKENRODE ; as requested by chambers (to be handled by Transferee court) (cbj, |

| | Pensacola) (Entered: 11/17/2004) |
|---|---|